JEMMA E. DUNN
Nevada State Bar No. 16229
MATTHEW T. HALE
Nevada State Bar No. 16880
MARIAN L. MASSEY
Nevada State Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff Jamarkus Porter*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMARKUS PORTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AFFORDABLE STRIPING & SEALING, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01151-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 6)**<br><br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Jamarkus Porter ("Plaintiff"), by and through his respective counsel of record, and Defendant Affordable Striping and Sealing, LLC ("Defendant"), by and through their respective counsel of record, that Plaintiff shall have until July 31, 2025 to file his response to Defendant's Motion to Dismiss. This Stipulation is submitted and based upon the following:

1. On May 30, 2025, Plaintiff filed a Complaint in the Eighth Judicial District Court in Clark County, Nevada asserting claims against Defendant related to his employment. The action

was assigned to Presiding Judge Tara Clark Newbury in Department XXI, and assigned case number A-25-920057-C.

2. On June 26, 2025, Defendant removed the action to this Court. (*See* ECF No. 1). Thus, Plaintiff must file a Motion to Remand within 30-days of the removal, on or before July 25, 2025. (*See* 28 U.S.C. § 1447(c)).

3. On July 3, 2025, Defendant filed a Motion to Dismiss Plaintiff's Complaint (the "Motion"). (ECF No. 6). Thus, Plaintiff must file a response to the Motion to Dismiss within 14-days, on or before July 17, 2025. (*See* LR 7-2(b)).

4. Due to the timing of Motion immediately before a legal holiday and after the removal, Plaintiff needs additional time to respond to the Motion due to the other filings in this case along with Plaintiff's counsel's deadlines in other cases.

5. The Parties have agreed to extend the deadline for Plaintiff to file his response to Defendant's Motion to Dismiss by two-weeks, from July 17, 2025 to July 31, 2025, to allow Plaintiff sufficient time to respond.

6. This is the first stipulation to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss.

7. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

8. This Stipulation is made in good faith and not for the purpose of delay.

**SO STIPULATED.** Dated this 8th day of July, 2025.

| **GREENBERG GROSS LLP** | **LITTLER MENDELSON, P.C.** |
|---|---|
| /s/ Marian L. Massey | /s/ Taylor A. Buono |
| Jemma E. Dunn, Bar #16229 | Roger L. Grandgenett II, Bar # 12493 |
| Matthew T. Hale, Bar #16880 | Taylor A. Buono, Bar # 13913 |
| Marian L. Massey, Bar #14579 | 8474 Rozita Lee Ave., Suite 200 |
| 1980 Festival Plaza Dr., Suite 730 | Las Vegas, Nevada 89113 |
| Las Vegas, NV 89135 | |
| | *Attorneys for Defendant Affordable Striping & Sealing* |
| *Attorneys for Plaintiff Jamarkus Porter* | |

**IT IS SO ORDERED.** Dated this __8__ day of July, 2025.

_____
U.S. District Judge

-2-

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 6)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28