Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
Taylor A. Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:  702.862.8800
Facsimile:   702.862.8811
rgrandgenett@littler.com
tbuono@littler.com

Attorneys for Defendant
AFFORDABLE STRIPING & SEALING, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMARKUS PORTER, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>AFFORDABLE STRIPING & SEALING, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>         Defendants. | Case No. 2:25-cv-01151-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO REMAND (ECF NO. 12) AND DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 6)**<br><br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Jamarkus Porter ("Plaintiff") and Defendant Affordable Striping and Sealing, LLC ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate to extend the time for Defendant to file a response to Plaintiff's Motion to Remand from the current deadline of August 5, 2025, up to and including **August 19, 2025** and to extend the time for Defendant to file a reply in support of their Motion to Dismiss from the current deadline of August 7, 2025, up to and including **August 21, 2025.**

This Stipulation is submitted and based upon the following:

1. On June 26, 2025, Defendant removed the action to this Court. (*See* ECF No. 1). Thus, Plaintiff must file a Motion to Remand within 30-days of the removal, on or before July 25, 2025. (*See* 28 U.S.C. § 1447(c)).

2. On July 3, 2025, Defendant filed a Motion to Dismiss Plaintiff's Complaint. (ECF No. 6). Plaintiff filed a response to the Motion to Dismiss on July 31, 2025. (ECF No. 14). Defendant's Reply in Support of the Motion to Dismiss is due on August 7, 2025.

3. On July 22, 2025, Plaintiff filed a Motion to Remand. (ECF No. 12). Defendant's Opposition to the Motion to Remand is due on August 5, 2025.

4. The undersigned counsel for Defendant has depositions scheduled almost daily in another matter between July 30, 2025 until August 13, 2025. Due to the timing of the Motion and counsel's deadlines in other cases, Defendant needs additional time to file its Reply in Support of the Motion to Dismiss and to respond to the Motion to Remand.

5. The Parties have agreed to extend the deadline for Defendant to file its Reply in Support of the Motion to Dismiss by two-weeks, from August 7, 2025, until **August 21, 2025**.

6. The Parties have agreed to extend the deadline for Defendant to file its Response to Plaintiff's Motion to Remand by two-weeks, from August 5, 2025, until **August 19, 2025**.

7. This is the first stipulation to extend the time for Defendant to file its Reply in Support of the Motion to Dismiss and to file its Response to Plaintiff's Motion to Remand.

8. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

/ / /

/ / /

/ / /

/ / /

9. This Stipulation is made in good faith and not for the purpose of delay.

Dated: August 1, 2025

Respectfully submitted,

/s/ Marian L. Massey
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.
GREENBERG GROSS LLP

Attorneys for Plaintiff
JAMARKUS PORTER, an individual

Dated: August 1, 2025

Respectfully submitted,

/s/ Taylor A. Buono
Roger L. Grandgenett, Esq.
Taylor A. Buono, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
AFFORDABLE STRIPING & SEALING, LLC

**IT IS SO ORDERED.**

_____
U.S. District Judge

Dated: August 4, 2025

4899-3743-1129.1 / 109069.1004

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113
702.862.8800

3